FILED

01/21/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0554

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**SUPREME COURT CAUSE NO. DA 24-0554**

| | |
|---|---|
| THE ESTATE OF RICHARD MABEE,<br><br>Appellant,<br><br>WHEATLAND COUNTY, WHEATLAND COUNTY SHERIFF'S OFFICE,<br><br>Appellee. | **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |

UPON REVIEW of the Appellant's *Third Motion for Extension of Time to File Opening Brief* and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant's Opening Brief Deadline hereby RESET to the 10th day of February, 2025.

**ORDERED this ___ day January, 2025.**

_____
SUPREME COURT JUSTICE

CC:
- Appellant, c/o Patrick F. Flaherty
- Appellee, c/o Maureen Lennon/Mitch Young

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 21 2025